Same case below, 376 Fed. Appx. 274.

**No. 10-240. John Steadman Nilsen, Petitioner v. California.**

562 U.S. 1108, 131 S. Ct. 821, 178 L. Ed. 2d 556, 2010 U.S. LEXIS 9653.

December 13, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-332. Michael J. McGuan, et al., Petitioners v. Endovascular Technologies, Inc., et al.**

562 U.S. 1108, 131 S. Ct. 822, 178 L. Ed. 2d 556, 2010 U.S. LEXIS 9684.

December 13, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

Same case below, 182 Cal. App. 4th 974, 106 Cal. Rptr. 3d 277.

**No. 10-337. Fayus Enterprises, et al., Petitioners v. BNSF Railway Company, et al.**

562 U.S. 1108, 131 S. Ct. 822, 178 L. Ed. 2d 556, 2010 U.S. LEXIS 9776.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 390 U.S. App. D.C. 213, 602 F.3d 444.

**No. 10-402. Tuck-It-Away, Inc., et al., Petitioners v. New York State Urban Development Corporation, dba Empire State Development Corporation.**

562 U.S. 1108, 131 S. Ct. 822, 178 L. Ed. 2d 556, 2010 U.S. LEXIS 9750.

December 13, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 15 N.Y.3d 235, 907 N.Y.S.2d 122, 933 N.E.2d 721.

**No. 10-451. Robert M. Ross, Petitioner v. Orange County Bar Association, et al.**

562 U.S. 1108, 131 S. Ct. 823, 178 L. Ed. 2d 556, 2010 U.S. LEXIS 9634.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 868.

**No. 10-470. Lawrence Ruston, et ux., Petitioners v. Town Board for the Town of Skaneateles, et al.**

562 U.S. 1108, 131 S. Ct. 824, 178 L. Ed. 2d 556, 2010 U.S. LEXIS 9731.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 610 F.3d 55.